J-A01033-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| COMMONWEALTH OF PENNSYLVANIA, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellant | |
| v. | |
| NATHANIEL LEE BROWN, | |
| Appellee | No. 623 WDA 2014 |

Appeal from the Order entered March 21, 2014,
in the Court of Common Pleas of Butler County,
Criminal Division, at No(s): CP-10-CR-0001974-2013

BEFORE:  FORD ELLIOTT, P.J.E., DONOHUE, and ALLEN, JJ.

JUDGMENT ORDER BY ALLEN, J.:          **FILED JANUARY 16, 2015**

In this appeal, the Commonwealth contends that the trial court erred in granting Appellee's suppression motion because the Slippery Rock University campus police officer who stopped Appellee's vehicle on Kiester Road had authority to do so under 24 P.S. § 20-2019-A of the Public School Code of 1949, and 42 Pa.C.S.A. § 8953(a)(2) of the Judicial Code.  Kiester Road runs through Slippery Rock University but is not owned by the University; it is maintained by Slippery Rock Borough.  Trial Court Memorandum and Opinion, 3/21/14, at 1.

We recently rejected this same argument in a case involving a stop by Slippery Rock University campus police on Kiester Road.  ***See generally***, ***Commonwealth v. Boyles***, 2014 PA Super 244, ____ A.3d ____ (Pa. Super. 2014).  Because the ***Boyles*** decision controls the disposition of the instant

appeal, we affirm the trial court's order granting Appellee's suppression motion.

Order affirmed.


Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 1/16/2015